IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CELESTE HUBBLE,                )
                               )
            Plaintiff,         )    Civil No. 6:16-CV-518-TC
                               )
     v.                        )    FINDINGS AND
                               )    RECOMMENDATION
OREGON BOARD OF PAROLE, et al., )
                               )
                               )
                               )
                               )
            Defendants.        )

COFFIN, Magistrate Judge:

   Pro Se Plaintiff was supplied with a statement of his complaint's deficiencies and was allowed 30 days to file an amended complaint. He was advised that a failure to do so would result in the dismissal of the action for failure to state a claim.

   Plaintiff has made no other filings and, as such, the action should be dismissed for failure to state a claim and failure to prosecute. The five factors for dismissal discussed in <u>Malone v.</u>

<u>United States Postal Service</u>, 833 F.2d 128 (9th Cir. 1987) have been weighed and indicate that dismissal is proper.

DATED this   21   day of February, 2017.

                                                          _____
                                                          THOMAS M. COFFIN
                                                          United States Magistrate Judge

2 - FINDINGS AND RECOMMENDATION